# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INNOVATIVE OUTDOOR PRODUCTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRO-CURE, INC., <br><br> Defendant. | C17-977 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are ORDERED to show cause by October 20, 2017, why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report signed on July 7, 2017, docket no. 5. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1